UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-14004-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JOCELYN ANTONIA LYNCH,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Shaniek M. Maynard on March 31, 2021 [DE: 30]. A Report and Recommendation was filed on April 29, 2021, [DE: 38], recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [DE: 38] of United States Magistrate Judge Shaniek M. Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty to Counts One through Eight of the Information, which charge her with wire fraud in violation of Title 18, United States Code, Section 1343. The Defendant acknowledged that she understood the charges against her and the penalties that could be imposed in this case.

Sentencing in this matter is set on **Tuesday, June 22, 2021 at 12:00 p.m.,** at the Alto Lee

Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Room #1016, Ft. Pierce, Florida 34950.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17 day of May, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Hon. Magistrate Shaniek Maynard
All Counsel of Record
U.S. Probation Office